IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| QUISHAWN COLEMAN, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>DEPUTY BECKMAN, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>1:22cv474-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate at the Houston County Jail in Dothan, Alabama, filed this lawsuit asserting that the defendant jail employees were deliberately indifferent to a serious risk that he would be harmed by other inmates and failed to protect him from assault. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to comply with court orders to inform the court of his current address. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of May, 2023.

                                    /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**